**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| Kathleen Payne, | : | Case No. 1:09CV0140 | |
| | : | | |
| Plaintiff | : | Judge Peter C. Economus | |
| | : | | |
| v. | : | Magistrate Judge David S. Perelman | |
| | : | | |
| Commissioner of Social Security, | : | **REPORT AND RECOMMENDED** | |
| | : | **DECISION** | |
| Defendant | : | | |

This action pursuant to 42 U.S.C. §§405(g) and 1383(c)(3) seeking judicial review of

defendant's final determination denying plaintiff's claims for disability benefits, (DIB), 42 U.S.C.

§§416, 423 and supplemental security income benefits (SSI), 42 U.S.C. §1381 et seq., is pending

decision upon the parties' submissions on the merits, pursuant to which plaintiff seeks entry of final

judgment in her favor, alternatively, an order of remand, and defendant seeks final judgment

upholding the decision below.

Plaintiff applied for benefits on January 17, 2007, alleging an onset date of November 21,

2006.  In an undated and unsigned Disability Report Adult the questions "What are the illnesses,

injuries or conditions that limit your ability to work?" and "How do your illnesses, injuries or

conditions limit your ability to work?" were answered "Cataracts, bad knees, migraine, memory loss,

heart problem" and "I can not walk or move around.  I need help showering.  I get tired and can not

breath very easily.  I have gained a great amount of weight."  At the conclusion of the form in a